| | | |
|---|---|---|
| United States District Court | | Southern District of Texas |

United States District Court
Southern District of Texas
**ENTERED**
March 18, 2019
David J. Bradley, Clerk

Michael Honea, §
§
　　　　　Plaintiff, §
§
versus §　　　Civil Action H-18-4807
§
Mobile Destination, Inc., §
§
　　　　　Defendant. §

# Conditional Dismissal

1. Having been advised by the parties that they have settled, this case is dismissed with prejudice.

2. By April 18, 2019, the parties may move for reinstatement.

3. The court retains jurisdiction to enforce the settlement.

4. All settings and pending deadlines are terminated. (8)


Signed on March __18__, 2019, at Houston, Texas.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Lynn N. Hughes
　　　　　　　　　　　　　　　　　　　　　United States District Judge