UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**

April 19, 2019

David J. Bradley, Clerk

| | | |
|---|---|---|
| Michael Honea, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-18-4807 |
| | § | |
| Mobile Destination, Inc., | § | |
| | § | |
| Defendant. | § | |

## Final Dismissal

1.  Neither party having moved for reinstatement, this case is dismissed with prejudice.

2.  The court retains jurisdiction to enforce the settlement.

Signed on April __19__, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge